**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:16-cr-00013-HDM-WGC |
| | ) | 3:16-cr-00026-HDM-WGC |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| GERARDO LOPEZ-ANGULO, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Gerardo Lopez-Angulo's motion to seal his motion for discovery regarding the confidential informant (ECF No. 57 in case no. 13:16-cr-00013; ECF No. 78 in case no. 3:16-cr-00026) is **GRANTED**.

IT IS SO ORDERED.

DATED: This 14th day of September, 2016.

_____
UNITED STATES DISTRICT JUDGE